AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jassiel Alan Diaz-Elenes | ) | Case No. 3:25-mj-00023 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 29, 2025 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 | (1) Possession with intent to distribute 400 grams or more of a mixture and substance contating fentanyl, a Schedule II controlled substance; and, (2) Conspiracy to distribute and possess with intent to distribute 400 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Jason T. Buelt.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Jason T. Buelt, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  8 . 3  a.m./p.m.

Date: 1/30/25

*Judge's signature*

City and state: Portland, Oregon    Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*